UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

ONE (1) 2003 CADILLAC ESCALADE,
VIN: 3GYEK63N83G254897; ONE (1)
2002 CHEVROLET EXPRESS VAN,
VIN: 1GBFG15R921163220; AND
ONE (1) 1994 CHRIS CRAFT CABIN
CRUISER HULL, ID: CCBFT215K394,

        Defendants *in rem*,
_____/

Civil No. 11-11490
Honorable: Patrick J. Duggan
Magistrate Judge: R. Steven Whalen

## DEFAULT JUDGMENT AND FINAL ORDER OF FORFEITURE

This matter having come before the Court on Plaintiff's Motion for Entry of Default Judgment and Final Order of Forfeiture, and the Court being fully advised in the premises, it is:

ORDERED, ADJUDGED and DECREED that the Plaintiff's Motion for Entry of Default Judgment and Final Order of Forfeiture is **GRANTED**.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the defendants *in rem*, which consists of One (1) 2003 Cadillac Escalade, VIN: 3GYEK63N83G254897; One (1) 2002 Chevrolet Express Van, VIN: 1GBFG15R921163220; and One (1) 1994 Chris Craft Cabin Cruiser Hull, ID: CCBFT215K394 (hereafter collectively referred to as the "Defendant Properties") are hereby **FORFEITED** to the United States of America pursuant to 21 U.S.C. §§ 881(a)(6) and/or 881(a)(4).

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the right, title, and

ownership interest of William Johnson, Andrea Anderson, David Emerson Harper, Marios Auto Sales, and Darius Lee Reaves, or their successors and assignees, in the Defendant Properties, and any right, title and interest of all other persons and properties, is hereby and forever **EXTINGUISHED**, and that clear title to the Defendant Properties is hereby **VESTED** in the United States of America.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the United States Marshals Service, or its delegatee, is hereby AUTHORIZED to dispose of the Defendant Properties in accordance with law.

S/Patrick J. Duggan  
Patrick J. Duggan  
United States District Judge

Dated: October 13, 2011

I hereby certify that a copy of the foregoing document was served upon counsel of record on October 13, 2011, by electronic and/or ordinary mail.

S/Marilyn Orem  
Case Manager